636-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

09 CV 381 (BSJ)

------------------------------------------------------------------x

KARDENIZ DENIZCILIK ISLETMELERI A.S.,

**ORDER DIRECTING
RELEASE OF FUNDS AND
DISCONTINUANCE OF
ACTION**

Plaintiff,

- against --

TRANSWORLD ENERGY COMMODITIES, LLC AND
ODAK INSAAT MUHENDISLIK MADENCILIK
SANAYIVE TICARET A.S.,

Defendant.

------------------------------------------------------------------x

It having been reported to the Court that the parties have settled the claims which are the

subject matter of this action;

**IT IS HEREBY ORDERED AND DIRECTED** that any funds restrained at Garnishee

banks be released in accordance with the original wire transfer instructions; and

**IT IS HEREBY FURTHER ORDERED AND DIRECTED** that this action be

discontinued without prejudice and without costs as to either party.

Dated: New York, New York
       February _20_ 2009

"SO ORDERED"

Hon. Barbara S. Jones, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/09

NYDOCS1/324392.1